IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TINA ROSHEA HAYES | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | NO. 4:13-cv-01484 |
| ATRIA MANAGEMENT | § | |
| COMPANY, LLC | § | |
| | § | |
| Defendant. | § | |

*Dismissal Order*

### ORDER FOR NONSUIT

On September **18**, 2013 the Court considered the Motion for Nonsuit and Voluntary Dismissal of all Claims filed by Plaintiff, Tina Roshea Hayes, and the Certificate of Conference filed at Document No. 10, and finds that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Motion for Nonsuit and Voluntary Dismissal of all claims is **GRANTED**. The cause of action styled, <u>Tina Roshea Hayes v. Atria Management Company, LLC</u>, Cause No. 4:12-CV-03102 is DISMISSED without prejudice to the rights of either party.

Signed on the **18TH** day of September 2013.

_____
Ewing Werlein, Jr.
United States District Judge